UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BILLY DRIVER,

Plaintiff,

v.

WARDEN JACKSON, et al.,

Defendants.

No. 2:25-cv-3019 DC CSK (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF Nos. 6, 11)

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 24, 2026, the magistrate judge filed findings and recommendations herein, which were served on plaintiff and contained notice that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

Although it appears from the file that plaintiff's copy of the findings and recommendations was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

/////

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 11) are ADOPTED;

2. Plaintiff's motion for leave to proceed *in forma pauperis* (ECF No. 6) is DENIED;

3. Within fourteen days of the date of entry of this order, plaintiff is ordered to pay the filing fee in full prior to proceeding any further with this action in light of his status as a three-strikes litigant within the meaning of 28 U.S.C. § 1915(g);

4. Plaintiff is warned that failure to comply with this order may result in the dismissal of this action; and

5. This action is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **August 4, 2026**

Dena Coggins
United States District Judge